■ The People of the State of New York, Respondent, v Prime Jackson, Appellant. [662 NYS2d 260] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered June 6, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 6 to 12 years, unanimously affirmed.

The specific claim raised on appeal with respect to the *Sandoval* ruling is unpreserved and we decline to reach it.

Defendant's challenge to the court's predeliberation jury instruction concerning the general nature of the deliberative process, which defendant characterizes as an *"Allen* charge," is unpreserved and we decline to review it in the interest of justice. Were we to review it, we would find that the instruction, while somewhat deficient, does not warrant reversal (*People v Alvarez*, 86 NY2d 761, 763).

Defendant's claim that the mandatory surcharge should be waived because of his alleged indigency is premature (*People v Ramirez*, 208 AD2d 381, *lv denied* 84 NY2d 1037). The proper procedure is to move for resentencing pursuant to CPL 420.10 (5) (*see, People v Velasquez*, 198 AD2d 25, *lv denied* 82 NY2d 932). Concur—Murphy, P. J., Sullivan, Ellerin and Williams, JJ.